# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Waskom Brown & Associates, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  7 2 – 1 4 5 3 4 8 8

**4. Debtor's address**

**Principal place of business**

816 University Parkway
Number      Street

Natchitoches, LA 71457
City                State   ZIP Code

Natchitoches
County

**Mailing address, if different from principal place of business**

Number      Street

City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

Various Offices & Location of Assets:
Natchitoches Office: 816 University Parkway Many Office: 564 Hwy 171 Bypass Pineville Office: 150 Pinegrove Dr Winnfield Office: 103 W Boundary Ave - Ste 107

816 University Parkway
Number      Street

Natchitoches, LA 71457
City                State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Waskom Brown & Associates, LLC**　　Case number *(if known)*
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**5 4 1 2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　MM / DD / YYYY
　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
　　　District _____ When _____
　　　　　　　　　　　　　MM / DD / YYYY
　　　Case number, if known _____

Debtor  **Waskom Brown & Associates, LLC**    Case number *(if known)* _____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number    Street

_____
City                                          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor  **Waskom Brown & Associates, LLC**       Case number *(if known)* _____
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2025**
           MM/ DD/ YYYY

X **/s/ David A. Waskom**                          **David A. Waskom**
Signature of authorized representative of debtor             Printed name

Title    **Manager/CEO**

**18. Signature of attorney**

X    **/s/ Bradley L. Drell**           Date **04/15/2025**
Signature of attorney for debtor                   MM/ DD/ YYYY

**Bradley L. Drell**
Printed name

**Gold, Weems, Bruser, Sues & Rundell, A PLC**
Firm name

**Post Office Box 6118**
Number      Street

**Alexandria**                              **LA**       **71307-6118**
City                                        State        ZIP Code

                                         **bdrell@goldweems.com**
Contact phone                              Email address

**24387**                                    **LA**
Bar number                                   State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **4**
25-80219 - #1   File 04/15/25   Enter 04/15/25 13:34:44   Main Document   Pg 4 of 15

Fill in this information to identify the case:

Debtor name __**Waskom Brown & Associates, LLC**__

United States Bankruptcy Court for the:
__**Western District of Louisiana**__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Louisiana Dept. of Revenue<br>P.O. Box 3440<br>Baton Rouge, LA 70821-3440 | | | | | | $119,618.00 |
| 2 | Mulligan Funding<br>4715 Viewridge Ave, Suite 100<br>San Diego, CA 92123 | | Signature | | | | $75,108.26 |
| 3 | Headway Capital<br>175 W Jackson Blvd. Suite 1000<br>Chicago, IL 60604 | | Signature | | | | $30,713.65 |
| 4 | Rapid Finance<br>4500 East West Highway, 6th Floor<br>Bethesda, MD 20814 | | Signature | | | | $25,486.32 |
| 5 | Legend Funding<br>800 Brickell Avenue Suite 902<br>Miami, FL 33131 | | Signature | | | | $19,575.00 |
| 6 | Honest Funding<br>447 Broadway 2nd Floor #1197<br>New York, NY 10013 | | Signature | | | | $17,519.76 |
| 7 | Forward Financing<br>53 State Street, 20th Floor<br>Boston, MA 02109 | | Signature | | | | $15,098.13 |
| 8 | | | | | | | |

| Debtor | **Waskom Brown & Associates, LLC** | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Louisiana

**In re**  Waskom Brown & Associates, LLC

Case No. _____

**Debtor**  Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................. **$12,000.00**

   Prior to the filing of this statement I have received ....................................................................... **$12,000.00**

   Balance Due ................................................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. NOTE: ATTORNEY COMPENSATION INCLUDES FILING FEE OF $1,738.00

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/15/2025** | **/s/ Bradley L. Drell** |
|---|---|
| Date | Bradley L. Drell |
| | *Signature of Attorney* |

Bar Number: 24387
Gold, Weems, Bruser, Sues & Rundell, A PLC
Post Office Box 6118
Alexandria, LA 71307-6118
Phone: (318) 445-6471
Fax: (318) 445-6476

**Gold, Weems, Bruser, Sues & Rundell, A PLC**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE: **Waskom Brown & Associates, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **04/15/2025**  Signature  **/s/ David A. Waskom**
David A. Waskom, Manager/CEO

BOM Bank
814 Washington
Natchitoches, LA 71457


Forward Financing
53 State Street, 20th Floor
Boston, MA 02109


Headway Capital
175 W Jackson Blvd. Suite 1000
Chicago, IL 60604


Honest Funding
447 Broadway 2nd Floor #1197
New York, NY 10013


IRS
POB 30509
New Orleans, LA 70190


IRS
POB 7346
Philadelphia, PA 19101


IRS Attorney's Office
300 Fannin St. Suite 3201
Shreveport, LA 71101


Legend Funding
800 Brickell Avenue Suite 902
Miami, FL 33131

Louisiana Dept. of Revenue
P.O. Box 3440
Baton Rouge, LA 70821-3440

McCoy Roberts & Begnaud, LTD
c/o Mark A. Begnaud
POB 1369
Natchitoches, LA 71458-1369

Mulligan Funding
4715 Viewridge Ave, Suite 100
San Diego, CA 92123

Office of District Counsel
Small Business Administration
500 Poydras St Ste 828
New Orleans, LA 70130-3374

Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814

US Small Business Admin
14925 Kingsport Road
Fort Worth, TX 76155

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

IN RE:                                                             CHAPTER **11**
**Waskom Brown & Associates, LLC**

DEBTOR(S)                                             CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **David A. Waskom**<br>115 Watson Drive<br>Natchitoches, LA 71457 | LLC - Common | 100 | Common |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Manager/CEO** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/15/2025**                      Signature: **/s/ David A. Waskom**
                                                                            *David A. Waskom, Manager/CEO*

# United States Bankruptcy Court
## Western District of Louisiana

In re __Waskom Brown & Associates, LLC__                          Case No. _____

                                     Debtor(s)                    Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Waskom Brown & Associates, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

__04/15/2025__                            __/s/ Bradley L. Drell__
Date                                      **Bradley L. Drell**
                                          Signature of Attorney or Litigant
                                          Counsel for __Waskom Brown & Associates, LLC__
                                          **Bar Number: 24387**
                                          **Gold, Weems, Bruser, Sues & Rundell, A PLC**
                                          **Post Office Box 6118**
                                          **Alexandria, LA 71307-6118**
                                          **Phone: (318) 445-6471**
                                          **Fax: (318) 445-6476**
                                          **Email: bdrell@goldweems.com**

Fill in this information to identify the case:

Debtor name **Waskom Brown & Associates, LLC**

United States Bankruptcy Court for the: **Western District of Louisiana**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2025**
MM/ DD/ YYYY

X **/s/ David A. Waskom**
Signature of individual signing on behalf of debtor

**David A. Waskom**
Printed name

**Manager/CEO**
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: **Waskom Brown & Associates, LLC**         BANKRUPTCY NO.

## DECLARATION RE: ELECTRONIC FILING
## OF PETITION, SCHEDULES, & STATEMENTS

### PART I - DECLARATION OF PETITIONER(S)

I [We] <u>Waskom Brown & Associates, LLC</u> and _____ the undersigned debtor(s), **hereby declare under penalty of perjury** that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk no later than forty-eight (48) hours following the date the petition was electronically filed, and all schedules and statements are to be filed no later than fourteen (14) days following the date the petition was electronically filed. I understand that the original of this DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES, & STATEMENTS will be maintained by the Clerk of Court. I further understand that failure to file the signed original of the DECLARATION will cause my case to be dismissed pursuant to F.R.B.P. without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

☑ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

| /s/ David A. Waskom | 04/15/2025 | Signed: **Joint Debtor** | **Date** |
|---|---|---|---|
| David A. Waskom | **Date** | | |
| Signed: **Debtor** | | | |

### PART II - DECLARATION OF ATTORNEY

I **declare under penalty of perjury** that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I declare that I have informed the petitioner that [he, she or they] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge.

/s/ Bradley L. Drell         04/15/2025
Bradley L. Drell            **Date**
Signed: **Attorney for Debtor(s)**

Joint debtors must provide information for both spouses. Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

Revised 08/08/2017